UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 APR 28 AM 9: 17

KNK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Magistrate's Case No. '08 MJ 1299 |
| Eder Carlos Ramirez-Arredondo (1) | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| | ) | 21 U.S.C. §§ 952 and 960 - |
| | ) | Importation of a Controlled |
| | ) | Substance |

The undersigned complainant being duly sworn states:

On or about August 25, 2006, within the Southern District of California, defendant EDER CARLOS RAMIREZ-ARREDONDO did knowingly and willfully import a controlled substance, methamphetamine, a Schedule II Controlled Substance, into the United States; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant

Special Agent Kathryn Jackson
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, 4-28 , 2008.

_____
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Kathryn Jackson, declare under penalty of perjury, the following is true and correct:

## STATEMENT OF FACTS

Based upon an ongoing investigation into the drug trafficking activities of a methamphetamine trafficking group headed by Andres Chavez-Chavez and other related traffickers, agents have identified defendant Eder Carlos Ramirez-Arredondo as being a drug courier who is used by sources of methamphetamine in Mexico to support drug transactions with the Chavez group. Ramirez-Arredondo's role was on one occasion to deliver a multiple pound methamphetamine load to Andres Chavez-Chavez and David Chavez in Escondido, CA. Andres Chavez-Chavez and multiple other individuals have been indicted in the Southern District of California for various drug trafficking crimes, including the importation of methamphetamine and the distribution of methamphetamine.

On August 25, 2006 surveillance was conducted on Eder Carlos Ramirez-Arredondo by agents from Drug Enforcement Administration (DEA) San Diego Field Division's (SDFD) Group 3. The surveillance was conducted as a result of intelligence gained from a Title III wire-intercept investigation targeting the Andres Chavez-Chavez Methamphetamine Trafficking Organization. The intercepted calls indicated that David Chavez, Andres Chavez-Chavez' younger brother, would meet Ramirez-Arredondo in Escondido, CA and accept the first half of a multiple pound methamphetamine load. During the surveillance, agents observed David Chavez meet with Ramirez-Arredondo at a 711 Gas Station in Escondido, CA. Ramirez-Arredondo then drove in tandem with David Chavez back to the residence of Andres Chavez-Chavez. After the methamphetamine was unloaded at Chavez-Chavez' residence, agents followed Ramirez-Arredondo from Escondido, CA south on Interstate 15 to the National City, CA area. The assistance of the National City Police Department (NCPD) was then requested to conduct a traffic stop on the vehicle driven by Ramirez-Arredondo. During the traffic stop, the driver of the load vehicle identified himself as Eder Carlos Ramirez-Arredondo with Baja California Mexican Driver's license number 210390875. Ramirez-Arredondo listed his address as Avenue San Antonio #9, Tijuana, Baja California, Mexico. Ramirez-Arredondo was cited for not having a valid California driver's license and released per NCPD citation #N194022.

From July 2006 through August 2006, pursuant to the Title III investigation, agents from the DEA SDFD Group 3 were intercepting calls between Andres Chavez-Chavez, David Chavez-Chavez, and other individuals including Ramirez-Arredondo. Based upon these intercepts, agents were able to conclude that Chavez-Chavez was going to receive a multiple pound shipment of methamphetamine that would arrive in two separate loads containing approximately 12-13 pounds of methamphetamine each. The first half of that load was delivered by Ramirez-Arredondo on August 25, 2006. Agents were unable to intercept that load of methamphetamine. The second half of the multiple pound load of methamphetamine was delivered on August 27, 2006 by a different

courier. Group 3 agents intercepted that methamphetamine load with the assistance of a traffic stop conducted by the Escondido Police Department. That seized load contained approximately 11 pounds of methamphetamine (99% purity).

It is believed that the August 25, 2006 load of methamphetamine was consistent with the August 27, 2006 load of methamphetamine as far as weight and purity because Title III intercepted calls between Andres Chavez-Chavez and his Mexican source of supply indicated that the delivery of the loads was coordinated by the same source of supply.

On April 25, 2008, Ramirez-Arredondo was stopped at the San Ysidro Port of Entry while entering the U.S. SA Katy Jackson responded to San Ysidro and interviewed Ramirez-Arredondo. During the interview, Ramirez-Arredondo admitted to driving the above mentioned load of narcotics to an individual in Escondido and upon his return to Tijuana, Mexico was paid for the delivery of the load of narcotics.

Executed on <u>April 26, 2008</u> at <u>1:30 p.m.</u>

_____
Special Agent

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on August 25, 2006, in violation of Title 21, United States Code, Section(s) 952 and 960.

_____     4-26-08 @ 1:35PM
United States Magistrate                    Date/Time
Judge Nita L. Stormes